## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. CUNNINGHAM, SR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:21-cv-00273 (SVN) |
| : | |
| Dr. FRANCESCO LUPIS; NED : | |
| LAMONT; DEPARTMENT OF : | |
| CORRECTION;TAWANNA FURTICK; : | |
| Dr. KENNEDY; COLLEEN GALLAGHER; : | |
| WILLIAM MULLIGAN;KRISTINE BARONE; : | |
| Deputy Warden DORAN; Deputy Warden : | |
| SNYDER; MARY ELLEN CASTRO; : | |
| KIRSTEN SHEA; ANGEL QUIROS; : | |
| ROLLIN COOK; APRN BARBARA; : | |
| RN JOE; FRANK QUERRES; : | |
| NICOLE ANKER; RUDY ALVAREZ; : | |
| SAL DIAZ; ROSE WALKER; RIKEL : | |
| LIGHTNER; CHENA MCPHERSON; : | |
| Dr. CARSON WRIGHT; Dr. FRESTON; : | |
| JOHN DOE 1 UConn Pediatrist; : | |
| MONICA FARINELLA; MERIAM GRANT; : | |
| GARY FRESTON; SAMANTHA : | |
| LOCKERY; JOHN DOE 2 DOC Habeas : | |
| Legal Liaison, : | |
| : | |
| Defendants. : | |

## **JUDGMENT**

This action having come before the Court for consideration of Defendant McPherson's motion for summary judgment and Defendants Lupis, Gallagher, and Alvarez's motion for summary judgment before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the Defendants' motions as to all

Case 3:21-cv-00273-SVN   Document 257   Filed 03/04/24   Page 2 of 2

federal and state claims against the Correctional Defendants and APRN McPherson on February 26, 2024; and

The Honorable Jeffrey A. Meyer, United States District Judge, having previously dismissed Defendants Lamont, Department of Correction, Furtick, Kennedy, Mulligan, Barone, Doran, Snyder, Castro, Shea, Quiros, Cook, Barbara, Joe, Querres, Anker, Diaz, Walker, Lightner, Wright, Freston, John Doe 1, Farinella, Grant, Gary Freston, Lockery, and John Doe 2 on October 6, 2021; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of Defendants Chena McPherson, Francesco Lupis, Colleen Gallagher, and Rudy Alvarez.

Dated at Hartford, Connecticut, this 4th day of March, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
　　 Michael Bozek
　　 Deputy Clerk

Entered on Docket: 3/4/2024